1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  ELAINE A. RYAN (*To be admitted Pro Hac Vice*)
   PATRICIA N. SYVERSON (203111)
3  LINDSEY M. GOMEZ-GRAY (*To be admitted Pro Hac Vice*)
   2325 E. Camelback Road, Suite 300
4  Phoenix, AZ 85016
   eryan@bffb.com
5  psyverson@bffb.com
   lgomez-gray@bffb.com
6  Telephone:  (602) 274-1100

7  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
8  MANFRED MUECKE (222893)
   600 W. Broadway, Suite 900
9  San Diego, California 92101
   mmueke@bffb.com
10 Telephone:  (619) 756-7748

11 [additional counsel appear on signature page]

12 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| YARITZA VIZCARRA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARTER'S INC., a Delaware Corporation; and THE WILLIAM CARTER COMPANY, a Massachusetts Corporation,<br><br>Defendants. | Case No.: 12-CV-2847-JLS-WVG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (41)(a)(1)(A)(i)** |
|---|---|

Pursuant to Federal Rule of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiff Yaritza Vizcarra voluntarily dismisses her claims against Defendants Carter's Inc. and The William Carter Company in the above-captioned action.  Defendants have not yet served either an answer to Plaintiff's Class Action Complaint or a motion for summary judgment.  Plaintiff's dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

| | | |
|---|---|---|
| 1 | DATED:  February 21, 2013 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 2 | | |
| 3 | | By: *s/ Patricia Syverson* |
| 4 | | Elaine A. Ryan (*To be admitted Pro Hac Vice*) |
| 5 | | Patricia N. Syverson (203111)<br>Lindsey M. Gomez-Gray (*To be admitted Pro Hac Vice*) |
| 6 | | 2325 E. Camelback Road, Ste. 300<br>Phoenix, AZ 85016 |
| 7 | | eryan@bffb.com<br>psyverson@bffb.com |
| 8 | | lgomez-gray@bffb.com<br>Telephone:     (602) 274-1100 |
| 9 | | |
| 10 | | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>Manfred Muecke |
| 11 | | 600 W. Broadway, Suite 900<br>San Diego, California 92101 |
| 12 | | mmuecke@bffb.com<br>Telephone:  (619) 756-7748 |
| 13 | | |
| 14 | | STEWART M. WELTMAN LLC<br>Stewart M. Weltman (*To be admitted Pro Hac Vice*) |
| 15 | | 53 W. Jackson Suite 364<br>Chicago, IL 6060 |
| 16 | | sweltman@weltmanlawfirm.com<br>Telephone:  312-588-5033 |
| 17 | | (Of Counsel Levin, Fishbein, Sedran & Berman) |
| 18 | | |
| 19 | | SIPRUT PC<br>Joseph J. Siprut (*To be admitted Pro Hac Vice*) |
| 20 | | Aleksandra M. S. Vold (*To be admitted Pro Hac Vice*) |
| 21 | | 17 North State Street, Suite 1600<br>Chicago, Illinois  60602 |
| 22 | | Jsiprut@siprut.com |
| 23 | | avold@siprut.com<br>Telephone: (312) 236-0000 |
| 24 | | |
| 25 | | Attorneys for Plaintiff |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 21, 2013.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC

By:   *s/Patricia N. Syverson*
Patricia N. Syverson (203111)
2325 E. Camelback Road, Ste. 300
Phoenix, AZ 85016
psyverson@bffb.com
Telephone:  (602) 274-1100